
Case 3:07-cr-00593-CRB   Document 1   Filed 09/19/2007   Page 1 of 1

| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| **TRANSFER OF JURISDICTION** | 00-00301-04-CR-W-9 |
| | DOCKET NUMBER *(Rec. Court)* |
| | CR 07 0593 CRB |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Kyle D. Houston | Western Missouri | Western |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Howard F. Sachs | |
| | DATES OF PROBATION /SUPERVISED RELEASE: FROM 06/03/05 | TO 06/02/08 |

**OFFENSE**

Conspiracy to Manufacture and Distribute 100 Grams or More of Methamphetamine
21 U.S.C. 841 (a)(1) and (b)(1)(A) and 846 (Class A felony)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **NORTHERN DISTRICT OF CALIFORNIA** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

8/14/07
Date

Howard F. Sachs, Senior U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **NORTHERN DISTRICT OF CALIFORNIA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8-22-07
Effective Date

United States District Judge