# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF CALIFORNIA
San Francisco Venue

## Request for Early Termination of Supervision

| | | |
|---|---|---|
| Name of Offender: | Kyle D. Houston | Docket No.: CR 07 0593-01 CRB |
| Name of Sentencing Judge: | The Honorable Howard F. Sachs<br>Senior United States District Judge<br>Western District of Missouri<br>00-00301-04-W-HFS | |
| Name of Assigned Judge: | The Honorable Charles R. Breyer<br>United States District Judge<br>Northern District of California<br>CR 07 0593-01 CRB | |
| Date of Original Sentence: | November 7, 2002 | |

Original Offense:
Count One: Conspiracy to Manufacture and Distribute 100 Grams or More of Methamphetamine, 21 U.S.C. § 841(a)(1), a Class A felony

Original Sentence: 36 months imprisonment, five (5) years supervised release
Special Conditions: Special assessment $100; drug treatment and testing; and search

Type of Supervision: Supervised Release          Date Supervision Commenced: June 2, 2005
Assistant U.S. Attorney: Unassigned                Defense Counsel: Unassigned (Appointed)

### Petitioning the Court

Petitioning the Court to consider the offender for early termination of supervision.

NDC-SUPV-FORM 12B(2) 01/13/06

Kyle D. Houston  Page 2
CR 00-00301-01

**Cause**

The following is provided for information purposes:

    On August 14, 2007, jurisdiction in this matter was transferred from the Western District of Missouri to the Northern District of California.

    The instant offense conduct involved the offender's cooperation with three codefendants in the manufacture and distribution of methamphetamine from March 1, 1998, through August 11, 1998. The offender was not identified as an organizer or leader in the instant offense, and, given the elements of the crime, there was no identifiable victim. The instant offense did involve the offender's possession of a firearm.

    The offender has a criminal history inclusive of three prior-like state felony convictions in Missouri for Creation of a Controlled Substance, Attempt to Traffic Drugs, and Possession of a Controlled Substance. All three of the aforementioned convictions stemmed from arrests in 1997 and 1998, and all three convictions were adjudicated in 1999, with terms of imprisonment. There have been no arrests, or evidence of further criminal conduct, since 1998. While the conduct in the above state matters was not determined to have been relevant conduct to the Federal instant offense, all four offenses involved similar conduct committed from September 1997 to through September 1998. Further, the offender was sentenced to total term of imprisonment of 15 years in the above state matters.

As of the writing of this report, the offender has completed 27 months of a 60-month term of supervised release. While on supervision, he has complied with his terms of supervised release, satisfied all special conditions, sustained no violations, and followed all directives as given. The offender has no history of arson or sexual misconduct, or predatory behavior. There has been no evidence of criminal recidivism, mental health issues, or drug use, during the offender's period of supervision. The offender is currently employed full-time in a professional sales position. On June 15, 2007, he married Jennifer Houston, with whom he resides at the home address. The offender has demonstrated an ability to adhere to the terms of supervised release and he has become a productive member of society.

For all of the above reasons, the undersigned believes the offender has realized the benefit afforded by a period of supervised release and respectfully requests the Court consider an early termination of supervision for Kyle H. Houston.

NDC-SUPV-FORM 12B(2) 01/13/06

Kyle D. Houston  Page 3
CR 00-00301-01

On September 20, 2007, Duty Assistant U.S. Attorney Laurel Beeler affirmed having no objections.

Address of offender:    207 Vicksburg Street
                        San Francisco, CA 94114

Respectfully submitted,                        Reviewed by:

_____                _____
Kenneth J. Gibson                              Amy Rizor
U.S. Probation Officer                         Supervisory U.S. Probation Officer

Date Signed: September 24, 2007

---

THE COURT ORDERS:
☒ Early termination of supervision granted
☐ Early termination of supervision denied
☐ Other:

October 1, 2007                                _____
Date                                           The Honorable Charles R. Breyer
                                               United States District Judge

NDC-SUPV-FORM 12B(2) 01/13/06